**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TERESA DUNHAM, an Individual,

              Plaintiff,

vs.

PINNACLE HEALTH FACILITIES XXXI,
LP  d/b/a MOUNTAIN VIEW CARE
CENTER; PREFERRED CARE
PARTNERS MANAGEMENT GROUP
LP d/b/a MOUNTAIN VIEW CARE
CENTER; DOES 1 through 10; and ROE
Corporations 11 through 20, inclusive,

              Defendants.

Case No.:  2:14-cv-00595-APG-PAL

**ORDER  GRANTING
MOTION TO REMOVE FORMER
COUNSEL FROM CM/ECF SERVICE
LIST**

THIS MATTER came before the Court on the Plaintiff's Motion to Remove Former Counsel From CM/ECF Service List. Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Jeffrey Gronich, Esq. (jgronich@gabroy.com) be removed from the CM/ECF service list and have no further need to receive CM/ECF notification or mail in this case.

IT IS FURTHER ORDERED that counsel for Plaintiff mail a copy of this Order to former counsel at his last known address:

    Jeffrey Gronich, Esq. (#13136)
    Jeffrey Gronich, Attorney at Law, P.C.
    1810 E. Sahara Ave
    Suite 109
    Las Vegas, NV 89104
    jgronich@gronichlaw.com

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: _August 7, 2014_

**GABROY LAW OFFICES**
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704