ANTHONY L. MARTIN
Nevada Bar No. 08177
anthony.martin@ogletreedeakins.com
RACHEL R. SILVERSTEIN
Nevada Bar No. 11057
Rachel.silverstein@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TERESA DUNHAM, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>PINNACLE HEALTH FACILITIES XXXI, LP d/b/a MOUNTAIN VIEW CARE CENTER; PREFERRED CARE PARTNERS MANAGEMENT GROUP LP d/b/a MOUNTAIN VIEW CARE CENTER; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive,<br><br>           Defendants. | Case No.:   2:14-cv-00595-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants Pinnacle Health Facilities XXXI, LP d/b/a Mountain View Care Center and Preferred Care Partners Management Group LP d/b/a Mountain View Care Center (collectively, "Defendants"), and Plaintiff Teresa Dunham ("Plaintiff"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendants, that are contained in, reasonably related to, or could have

been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party is to bear their own fees and costs.

Dated this 20th day of August, 2014.                Dated this 22 day of August, 2014.

GABROY LAW OFFICES                                  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____                       _____
Christian Gabroy, Esq.                              Anthony L. Martin
Nevada Bar No. 8805                                 Nevada Bar No. 08177
The District at Green Valley Ranch                  Rachel R. Silverstein, Esq.
170 S. Green Valley Parkway, Suite 280              Nevada Bar No. 11057
Henderson, Nevada 89012                             Wells Fargo Tower, Suite 1500
*Attorneys for Plaintiff*                           3800 Howard Hughes Parkway
                                                    Las Vegas, Nevada 89169
                                                    *Attorneys for Defendants*

### ORDER

**DATED** this 3rd day of September, 2014.

_____
RICHARD F. BOULWARE, II
United States District Judge

18669336.1